Slip Op. 17-115

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MONDELEZ GLOBAL LLC (SUCCESSOR TO CADBURY ADAMS USA, LLC),<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Jane A. Restani, Judge<br><br>Court No. 12-00076 |

## JUDGMENT

Defendant United States has advised the court that it does not wish to pursue further discovery in this matter. For the reasons stated in the court's opinion of July 25, 2017, the Plaintiff's Cross Motion for Summary Judgment is granted. The entries at issue shall be reliquidated under subheading 3824.90.92, HTSUS (2010). Interest shall be paid as required by law.

    /s/ Jane A. Restani    
        Jane A. Restani
            Judge

Dated this 25th day of August, 2017.
New York, NY